LA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2024 AUG 13 P 3:19

CLERK OF COURT

UNITED STATES OF AMERICA,

Plaintiff,

v.

BOBBY MCNEIL,
AKA "KING MESSIAH," "MESSIAH,"

Defendant.

Case No. 22-CR-224

[18 U.S.C. §§ 1591, 844(i), 844(h), 2421(a) 922(g), & 924(a)(2); 21 U.S.C.§§ 841(a)(1) & 841(b)(1)(C)]

## SUPERSEDING INDICTMENT

### COUNT ONE
(Sex Trafficking by Force, Fraud, and Coercion)

**THE GRAND JURY CHARGES THAT:**

Beginning on or about February 1, 2021, and continuing through on or about February 18, 2022, in the State and Eastern District of Wisconsin,

**BOBBY MCNEIL, AKA "KING MESSIAH," "MESSIAH,"**

in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, advertise, obtain, and maintain by any means AV-1, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause AV-1 to engage in commercial sex acts.

In violation of Title 18, United States Code, Sections 1591(a)(1) and 1591(b)(1).

1

## COUNT TWO
### (Arson in Connection with Felony)

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 1, 2022, in the State and Eastern District of Wisconsin,

**BOBBY MCNEIL, AKA "KING MESSIAH," "MESSIAH,"**

knowingly used fire to commit a felony prosecutable in a court of the United States, namely sex trafficking by force, fraud, and coercion, as charged in Count One of this Indictment.

In violation of Title 18, United States Code, Section 844(h).

## COUNT THREE
## (Arson)

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 1, 2022, in the State and Eastern District of Wisconsin,

**BOBBY MCNEIL, AKA "KING MESSIAH," "MESSIAH,"**

maliciously damaged, by means of fire, 15XX South 21st Street, Milwaukee, Wisconsin, which was a building used in interstate commerce.

In violation of Title 18, United States Code, Section 844(i).

## COUNT FOUR
### (Interstate Transportation for Prostitution)

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 26, 2022, in the State and Eastern District of Wisconsin and the State of Florida,

**BOBBY MCNEIL, AKA "KING MESSIAH," "MESSIAH,"**

did knowingly transport an individual, AV-1, in interstate commerce with the intent that AV-1 engage in prostitution.

In violation of Title 18, United States Code, Section 2421(a).

4

# COUNT FIVE
(Unlawful Possession of a Firearm by a Felon)

THE GRAND JURY FURTHER CHARGES THAT:

1. On or about February 1, 2022, in the State and Eastern District of Wisconsin,

**BOBBY MCNEIL, AKA "KING MESSIAH," "MESSIAH,"**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm (a destructive device as defined at Title 18, United States Code Sections 921(a)(3) and 921(a)(4)) which, prior to his possession of it in whole and in part, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm (destructive device) is more fully described as a glass bottle filled with gasoline and a fabric wick, commonly known as a Molotov cocktail.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE NOTICE

1. Upon conviction of the offense in violation of Title 18, United States Code, Sections 1591 and 1594, set forth in Count One of this Superseding Indictment, the defendant, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 1594, any property, real or personal, involved in, used, or intended to be used to commit or to facilitate the commission of the offense, and any property traceable to such property, and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense. The property to be forfeited includes, but is not limited to, a sum of money equal to the proceeds obtained from the offense or offenses of conviction.

2. If any of the property described above, as a result of any act or omission by the defendant, cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON

Dated: 13 July 2024

GREGORY J. HAANSTAD
United States Attorney

6