## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  v.                                            Case No. 22-CR-224

**BOBBY McNEIL**
    **Defendant.**

### ORDER

**IT IS ORDERED** that the government's motion to redact the real name of AV-1 from trial documents (R. 70) is granted. The motion is appropriately tailored to protect AV-1's rights under 18 U.S.C. § 3771, while preserving defendant's right to an open trial, and is consistent with practice in similar cases in this district. Defendant has not opposed the motion.

Dated at Milwaukee, Wisconsin, this 7th day of October, 2024.

                                    /s/ Lynn Adelman
                                  LYNN ADELMAN
                                  District Judge